# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) |
|---|---|
| v. | CASE NUMBER: 12-po-00059-GPG-01 |
| CHRISTOPHER J. CONWAY | Robert Driscoll, Retained (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 C.F.R. § 4.23(a)(1) | Operation of a Motor Vehicle Under the Influence of Alcohol | 07/01/12 | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

November 13, 2012
Date of Imposition of Judgment

Signature of Judicial Officer

Gordon P. Gallagher, U.S. Magistrate Judge
Name & Title of Judicial Officer

11/14/2012
Date

DEFENDANT: CHRISTOPHER J. CONWAY
CASE NUMBER: 12-po-00059-GPG-01                                           Judgment-Page 2 of 5

## PROBATION

The defendant is hereby placed on probation for a term of six (6) months.

The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Monetary Obligations sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the following page.

## STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

SCANNED

DEFENDANT: CHRISTOPHER J. CONWAY
CASE NUMBER: 12-po-00059-GPG-01                                    Judgment-Page 3 of 5

12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.
14) The defendant shall provide the probation officer with access to any requested financial information.

## ADDITIONAL CONDITIONS OF SUPERVISION

1) The defendant shall not consume any alcohol or controlled substances inclusive of marijuana.
2) The defendant shall participate in and successfully complete a program of substance abuse testing as directed by the probation officer.
3) The defendant shall complete the required alcohol treatment and/or therapy that is required for reinstatement of his Colorado driver license, and should he submit any specimens that test positive for alcohol or drugs, he would have to complete alcohol therapy during his course of probation regardless of the reinstatement requirements.
4) The defendant shall serve five days jail. The defendant shall surrender to Mesa County Jail in Grand Junction, CO, at noon on November 17, 2012.
5) The defendant shall abide by all standard conditions of probation.

DEFENDANT: CHRISTOPHER J. CONWAY
CASE NUMBER: 12-po-00059-GPG-01                                    Judgment-Page 4 of 5

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00 | $700.00 | $0.00 |
| **TOTALS** | $10.00 | $700.00 | $0.00 |

Interest on the fine will be waived, upon the court's finding that the defendant does not have the ability to pay interest.

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  CHRISTOPHER J. CONWAY
CASE NUMBER:  12-po-00059-GPG-01                                                      Judgment-Page 5 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

The special assessment and fine are due immediately.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment, (2) fine principal.

**UNITED STATES POSTAL SERVICE**

**POSTAL MONEY ORDER**

Serial Number: 20416138391

Year, Month, Day: 2012-11-13
Post Office: 8:5010
U.S. Dollars and Cents: $710.00

Amount: SEVEN HUNDRED TEN DOLLARS & 00¢ ****************

Pay to: U.S. District Court case# 12-Po-00059 PG
Address: 400 Rood Avenue
Grand Junction, CO 81208

From: 1006 Christopher Conway
Address: 105 mountaineer Dr
Gunison CO 81230

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑉:00000800 2⑉:    20416138391⑉"

## PROPOSED SENTENCING STATEMENT

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO
### UNITED STATES V. CHRISTOPHER J. CONWAY
### DOCKET NO. 12-po-00059-GPG-01

**THE COURT FINDS** that this is a non-guideline case and the United States Sentencing Guidelines do not apply. Therefore, the Court shall impose an appropriate sentence having due regard for the purposes set forth in 18 U.S.C. § 3553(a)(2).

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, CHRISTOPHER J. CONWAY, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of five (5) days.

The defendant shall pay a $700 fine and $10 special assessment, which are due immediately.

The defendant is advised of his right to appeal the sentence. If the defendant desires to appeal, a notice of appeal must be filed with the clerk of the court within 14 days after the entry of judgment or the right to appeal will be lost. If the defendant is unable to afford an attorney for an appeal, the Court will appoint one to represent him. If the defendant so requests, the clerk of the court must immediately prepare and file a notice of appeal on behalf of the defendant.

Respectfully submitted,

*s/ Denise Dohanic*
DENISE DOHANIC
SENIOR PROBATION OFFICER

DD
November 2, 2012

Approved:

*s/ Richard Vaccaro*
RICHARD VACCARO
SUPERVISING PROBATION OFFICER

S-1